UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERROD LONZELL HERNDON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF JUSTICE,<br><br>　　　　　Respondent. | No. 2: 15-cv-2255 KJN P<br><br><br>ORDER |

　　　　Petitioner, a county prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

　　　　Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

　　　　A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenges a state court conviction. A motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 challenges a federal court conviction. Although petitioner's petition is filed on a form for a § 2254 petition, petitioner states that he is challenging a federal court conviction. Petitioner also states that the date of sentencing is "ASAP." The petition contains no other information regarding the date of petitioner's conviction or the grounds on which he challenges his

1

1 | conviction.

2 |     Because the undersigned cannot determine the nature of petitioner's claims and the relief
3 | sought, the petition is dismissed with leave to amend.  In the amended petition, petitioner must
4 | clarify whether he is challenging a state or federal court conviction.  Petitioner must also identify
5 | the grounds on which he challenges his conviction.  If petitioner has not yet been convicted, this
6 | action will most likely be dismissed, regardless of whether it challenges a state or federal court
7 | conviction.

8 |     In accordance with the above, IT IS HEREBY ORDERED that:

9 |     1.  Petitioner's motion to proceed in forma pauperis is granted;

10 |     2.  The petition is dismissed with thirty days to file an amended petition; failure to file an
11 | amended petition will result in a recommendation of dismissal of this action.

12 | Dated:  December 9, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hern2255.ame