1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GERROD LONZELL HERNDON,                No.  2:15-cv-2255 JAM KJN P

12              Petitioner,

13        v.                                 FINDINGS AND RECOMMENDATIONS

14   DEPARTMENT OF JUSTICE,

15              Respondents.

16

17        By order filed December 9, 2015, petitioner's habeas application was dismissed and thirty

18   days' leave to file an amended application was granted.  The thirty day period has now expired,

19   and petitioner has not responded to the court's order.

20        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

21   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

22        These findings and recommendations are submitted to the United States District Judge

23   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

24   after being served with these findings and recommendations, petitioner may file written

25   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

26   Findings and Recommendations."  Petitioner is advised that failure to file objections within the

27   /////

28   /////

                                              1

1    specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

2    F.2d 1153 (9th Cir. 1991).

3    Dated:  January 27, 2016

4

5                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

6

7    Hern2255.fta

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28